O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARRY LAVELL, | Case No. 2:18-cv-01737-DMG-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DAVEY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without prejudice.

DATED: September 9, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE