**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LAVELL,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVEY, et al.,<br><br>    Defendants. | Case No. 2:18-cv-01737-DMG-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: September 9, 2019

                                                     _____
                                                   DOLLY M. GEE
                                                   UNITED STATES DISTRICT JUDGE